IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-02987-PAB

SALAHEDDIN BENRABHA,

    Plaintiff,

v.

ANGELA K. GOLDINGER, District Director of U.S. Citizenship and Immigration Services, Central Region, Department of Homeland Security,
CHAD WOLF, Acting Secretary, U.S. Department of Homeland Security, U.S. Citizenship and Immigration Services,
KENNETH T. CUCCINELLI, Senior Official Performing the Duties of the Director, U.S. Citizenship and Immigration Services,
WILLIAM P. BARR, Attorney General of the United States,
CHRISTOPHER A. WRAY, Director, Federal Bureau of Investigation, and
MATTHEW D. EMRICH, Associate Director, Fraud Detection and National Security Directorate,

    Defendants.
_____

## MINUTE ORDER
_____
**Entered by Chief Judge Philip A. Brimmer**

    This matter is before the Court on plaintiff's Unopposed Motion for Administrative Closure [Docket No. 14]. Plaintiff asks the Court to administratively close this case while plaintiff responds to a Notice of Intent to Revoke issued by the U.S. Citizenship and Immigration Services and any administrative appeals that may stem from it. Having reviewed the matter and being fully advised in the premises, the Court finds that this case should be administratively closed subject to reopening for good cause shown pursuant to D.C.COLO.LCivR 41.2. Wherefore, it is

    **ORDERED** that the Unopposed Motion for Administrative Closure [Docket No. 14] is **GRANTED**. It is further

    **ORDERED** that this case is administratively closed pursuant to D.C.COLO.LCivR 41.2, subject to being reopened for good cause shown. It is further

    **ORDERED** that the parties shall file a joint status report with the Court every six months this case is administratively closed, with the first one being due June 7, 2021. It is further

**ORDERED** that, if the parties fail to file a joint status report, or no party files a stipulation to dismiss the case or a motion to reopen the case on or before June 7, 2021, the case will be dismissed with prejudice without further notice to the parties and without further action by the Court.

DATED December 7, 2020.